No. D–249. In re Disbarment of Beatty. It is ordered that Elmer S. Beatty, Jr., of Verona, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–250. In re Disbarment of Donovan. It is ordered that Robert C. Donovan, of San Jose, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 80–5861. Williams v. Lucky. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Motion of petitioner to consolidate this case with No. 80–6298, *Mills* v. *Habluetzel* [probable jurisdiction noted, 451 U. S. 936], denied.

No. 86, Orig. Louisiana v. Mississippi et al. It is ordered that Charles J. Meyers, Esquire, of Denver, Colo., be, and he is hereby, appointed Special Master in this case with authority to fix the time and conditions for filing of additional pleadings and to direct subsequent proceedings, and with authority to summon witnesses, issue subpoenas, and take such evidence as may be introduced and such as he may deem it necessary to call for. The Master is directed to submit such reports as he may deem appropriate.

The compensation of the Special Master, the allowances to him, the compensation paid to his technical, stenographic, and clerical assistants, the cost of printing his report, and all other proper expenses shall be charged against and be borne by the parties in such proportion as the Court hereafter may direct.

It is further ordered that if the position of Special Master becomes vacant during a recess of Court, The Chief Justice shall have authority to make a new designation which shall have the same effect as if originally made by the Court herein. [For earlier order herein, see 445 U. S. 957.]